UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

JOSE RODRIGUEZ,

        Plaintiff,

vs.

EUROPA USA, INC. d/b/a CAFÉ EUROPA,
a Florida corporation, and ANTONIO
CUPELLI, individually,

        Defendants.

_____/

## **COMPLAINT**

Plaintiff, JOSE RODRIGUEZ, by and through undersigned counsel, sues the Defendants, EUROPA USA, INC. d/b/a CAFÉ EUROPA, (hereinafter, "Company"), and ANTONIO CUPELLI, individually, (hereinafter, collectively referred to as "Defendants") and alleges as follows:

1.      Plaintiff, a former employee of the Defendants, brings this action to recover compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq.

2.      Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

3.      The unlawful employment practices alleged herein occurred and/or were committed within this judicial district.

4.      At all times material hereto, Plaintiff is/was a resident of this judicial district, an employee of the Defendants, sui juris and otherwise within the jurisdiction of this Court.

5.      At all times material hereto, Defendant, Company, was the employer or former employer of the Plaintiff and is conducting business in this judicial district and is otherwise an 'employer' under the FLSA.

6.      That at all times material hereto, Defendant, ANTONIO CUPELLI, individually, acted directly in the interests of his employer, the Defendant, Company, in relation to the Plaintiff, and this individual Defendant exercised the requisite legal control and otherwise administered the illegal acts as described herein on behalf of the Defendant, Company, and is otherwise an 'employer' under the FLSA.

7.      At all times material hereto, Defendants were and continue to be an 'enterprise engaged in commerce' within the meaning of the FLSA.

8.      That at all times material hereto, Plaintiff was 'engaged in commerce' within the meaning of the FLSA.

9.      Defendants have been at all times material engaged in interstate commerce, and Defendants' annual gross revenues derived from this interstate commerce, upon information and belief, are in excess of $500,000.00 for the relevant time period.

10.     The Plaintiff was hired as a cook by the Defendants and was paid on a salary of $1,000 per week, which did not encompass overtime.

11.     During his employment, the Defendants however had Plaintiff, a non-exempt employee under the FLSA, work in excess of forty (40) hours per work week, but willfully refused to properly compensate Plaintiff for such work in violation of the FLSA.

12.     Specifically, from January to July of 2016, Plaintiff worked 55-56 hours per week.

13. Taking 55 hours per week, at the $1,000 salary per week, Plaintiff's overtime rate would be $37.50 per overtime hour, which would total $562.50 per week.

14. Over 7 months of employment, Plaintiff would be owed approximately $15,750.00.

15. From December of 2016 to mid-March, 2017, Plaintiff's hours increased to 63 hours per week, which would, over 3.5 month, total approximately $12,075.00.

16. Totaling this overtime, Plaintiff is owed $27,825.00.

<u>**COUNT I**</u>
<u>**FLSA - COMPANY**</u>

Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 16 above.

17. Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

18. By reason of the intentional, willful and unlawful acts of the Defendant, Company in violation of the FLSA, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, Company for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

<u>**COUNT II**</u>
<u>**FLSA–ANTONIO CUPELLI**</u>

Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 16 of this Complaint.

19. Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

20.     By reason of the intentional, willful and unlawful acts of the Defendant, ANTONIO CUPELLI in violation of the FLSA, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, ANTONIO CUPELLI for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts.

Dated: June 30, 2017.                   Respectfully submitted,

Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway
South Pointe I, Suite 588
Sunrise, Florida  33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*/s/ Chad Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701